UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| YARBORO A. SALLEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TENNESSEE DEPARTMENT OF SAFETY; | ) |
| DENNY KING, Individually and as | ) |
| FORMER COMMISSIONER OF SAFETY; | ) No. 3:03-0723 |
| JERRY L. SCOTT, Individually | ) JUDGE ECHOLS |
| and as FORMER DEPUTY | ) |
| COMMISSIONER OF SAFETY; ROGER | ) |
| HUTTO, Individually and as | ) |
| COUNSEL TO COMMISSIONER; JOE | ) |
| BARTLETT, Individually and as | ) |
| SUPERVISING ATTORNEY; GERRY | ) |
| CROWNOVER, Individually and as | ) |
| ATTORNEY FOR DEPARTMENT OF | ) |
| SAFETY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendants' Motion for Summary Judgment (Docket Entry No. 118), is hereby GRANTED.

This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE